FILED
AUG 05 2013
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>IRA ALPER | No. 13 CR 639<br>Violations: Title 18, United States Code, Section 501(c) |

JUDGE ZAGEL

MAGISTRATE JUDGE FINNEGAN

The UNITED STATES ATTORNEY charges:

At times material to this Information:

1. The International Alliance of Theatrical Stage Employees ("IATSE") District 9 was a labor organization engaged in an industry affecting commerce within the meaning of Title 29, United States Code, Sections 402(a), (i), and (j). IATSE District 9 represented 48 local labor unions with approximately 5,400 members working in the entertainment industry in Illinois, Iowa, Kansas, Minnesota, Missouri, Nebraska, North Dakota, South Dakota, and Wisconsin.

2. Defendant served as the Treasurer of IATSE District 9. As Treasurer of IATSE District 9, defendant managed the financial affairs of IATSE District 9, possessed IATSE District 9's financial books and documents, was obligated to accurately maintain all of IATSE District 9's financial records, and was authorized and entrusted by IATSE District 9 to write checks on its accounts.

3. Beginning in or about October 2009, and continuing until at least in or about September 2011, at Chicago, in the Northern District of Illinois, Eastern Division, and elsewhere,

IRA ALPER,

defendant herein, while an officer, that is, Treasurer, of IATSE District 9, a labor organization engaged in an industry affecting commerce, did embezzle, steal and unlawfully and willfully abstract and convert to his own use the moneys, funds, securities, property, and other assets of said labor organization in the amount of approximately $76,768;

In violation of Title 29, United States Code, Section 501(c).

Gary S. Shapiro
UNITED STATES ATTORNEY